# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV03-2142-GAF | Date | May 21, 2007 |
| Title | DIODEM -V- LUMENIS | | |

Present: The Honorable  GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Marilynn Morris | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

J. Eichmann
G. Dovel

Attorneys Present for Defendants:

J. Sigale
L. Wytsma
G. Standish
M. Brody
I. Mitrakis

**Proceedings:** MOTIONS IN LIMINE
DOCKET 481, 477, 478, 466, 469

Matter called. Counsel state their appearances for the record. Counsel argue their motions to the Court. The motions are taken under submission. A written order to follow.

IT IS SO ORDERED.



1 : 33

Initials of Preparer