LINK:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 03-2142-GAF | Date   May 25, 2007 |
| Title | Diodem, LLC v. Lumenis, Inc. | |

Present: The Honorable    **GARY ALLEN FEESS**

| Marilynn Morris | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None                                                       None

**Proceedings:**          **(In Chambers)**

## ORDER RE: RULE 104 HEARING

Having further considered the issues presented in the parties' competing Daubert motions, the Court has reluctantly concluded that the motions cannot be resolved without an evidentiary hearing under Rule 104. The Court will take testimony from Dr. Stafsudd, Dr. Bass, *and* Dr. Bridges regarding the issues raised in the pending motions to exclude the testimony of Drs. Bass and Stafsudd. The hearing will take place on Wednesday, June 6, 2007, commencing at 9:00 a.m. and will continue until the hearing is concluded. The Court anticipates that the hearing will occupy most, if not all, of the day.

IT IS SO ORDERED.

DOCKETED ON CM

MAY 3 0 2007

BY _____ 012